THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Doryan Jerriel
 Green,        Appellant.
 
 
 

Appeal From Florence County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No.
2005-UP-407
Submitted June 1, 2005  Filed June 24, 2005

AFFIRMED

 
 
 
 Assistant Appellate Defender
 Aileen P. Clare, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General W. Rutledge Martin,
 Office of the Attorney General, all of Columbia; and
 Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Doryan Jerriel
Green appeals from his guilty plea to attempted armed robbery, arguing the trial
court lacked subject matter jurisdiction to accept his plea because his
indictment failed to allege that he attempted to take property from a person or
in the presence of a person.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: State
v. Gentry, 363 S.C. 93, 610 S.E.2d 494 (2005) (holding that the sufficiency
of an indictment is no longer to be considered an issue of subject matter
jurisdiction, and therefore a defendant must raise an issue regarding the
sufficiency of the indictment to the trial court in order to preserve the error
for direct appellate review).
AFFIRMED.
HEARN, C.J., and BEATTY and
SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.